UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| NIKI ELIZABETH OLIVER ) | Case: 24-11288 KHT |
| SSN: XXX-XX-8511 ) | Chapter 13 |
| NEIL JAMES MADSEN ) | |
| SSN: XXX-XX-5342 | |

**CONFIRMATION STATUS REPORT**

**Part 1: Report**

The debtors submit the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtors filed for chapter 13 relief on March 22, 2024. The debtors attended the 11 U.S.C. § 341(a) Meeting of Creditors on April 18, 2024.

**Part 2: Notice and Service Date**

The last plan to be noticed and served was dated March 22, 2024

List all prior plans and dates of filing:2

| Plan | Date of Filing | Docket No. |
|---|---|---|
| March 22, 2024 | March 22, 2024 | 2 |
| | | |
| | | |

**Part 3: Objections**

\_\_\_\_ No objections have been filed to the last plan.
\_\_X\_ The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Nationstar Mortgage, LLC | 21 |
| Chapter 13 Trustee | 20 |
| | |

AND
\_X\_\_\_ The Debtor complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

**Part 4: Summary of Objections**

|   | **Debtor's response** |
|---|---|
| 20 | The Debtors provided the Trustee with the requested tax returns. |
| 21 | The Debtors will amend the plan to provide for the full amount of pre-petition mortgage arrears. |

**Part 5: Resolution of Objections by Amended Plan**

Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.

   a. Filing of Amended Plan.

   ___The debtor already has filed an amended plan, dated n/a at docket no. n/a.  The amended plan makes the following changes:

   _X__The debtors intend to file an amended plan by May 13, 2024 . The anticipated amended plan will make the following changes:  Increases the amount the amount payable to Nationstar Mortgage LLC.   The plan will probably increase the amount payable to class four creditors.

   b. Treatment of Objections by Amended Plan.

   _X__The amended plan is intended to resolve all the objections filed;
   ___The amended plan is intended to resolve only certain objections as described:
      1. [List objection and explain how objection is resolved by amended plan]

   c. Notice of Amended Plan:

   ___X_Notice to all creditors:  the debtor contends notice of the amended plan must be served on the chapter 13 trustee and all creditors and parties in interest.
   ____ Request to limit notice:  the debtor requests notice of the amended plan be limited for the following reasons:
   ____ Request to waive notice: the debtor requests notice of the amended plan be waived for the reasons:

   d. Objection Time Period for Amended Plan:

   __X_Objection deadline pursuant to Fed. R. Bankr. P. 2002(b): the debtor contends notice of the amended plan should be for the full objection period set forth in Fed. R. Bankr. P. 2002(b).
   ____Request to shorten objection time period: the debtor requests the objection period set forth in Fed. R. Bankr. P. 2002(b) be shortened to 14 days:

**Part 6:  Resolution of Objections by Judicial Determination**

   ____The debtor requests judicial determination of all outstanding objections
   ____The debtor requests judicial determination of only certain objections raising the following outstanding issues:

   ____The hearing will require presentation of evidence.  The debtor anticipates the court time necessary to determine this contested matter will be ____ hours.  The debtor anticipates ____ witnesses will be called to testify.

    ____The hearing will require legal argument only.

**Part 7: Other Information of Status of Case**
   Not Applicable

  Dated: May 6, 2024        /s/ Geoffrey H. Atzbach_____
                  Geoffrey H. Atzbach, #28527
                  Geoffrey H. Atzbach, P.C.
                  Attorney for Debtor(s)
                  6208 Lehman Dr. Ste 215
                  Colorado Springs, CO 80918
                  Tel. 719-444-8464

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Confirmation Status Report was served by placing the same in the U.S. Mail, first class postage prepaid, this May 7, 2024 to the following:

Niki Oliver
Neil Madsen
2915 Virginia Ave.
Colorado Springs, CO 80907

The following partie(s) were served electronically via CM/ECF:

Douglas B. Kiel
ecfmail@denver13.com

Aricyn Dall
bankruptcy@rsmalaw.com

                        /s/ Michaela Lynch___